TRR

# United States District Court

for the

**Eastern District of Pennsylvania**

RECEIVED
JUN 24
U.S. Probation
Eastern District

U.S.A. vs. George Anthony Torres,III Case No. 11-CR-579

**Petition on Supervised Release**

COMES NOW Mayra Marrero U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of George Torres who was placed on supervised release by the Honorable Timothy R. Rice sitting in the Court at Philadelphia, PA , on the 4th day of October, 2012, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

FILED
JUN 26 2013
MICHAEL E. KUNZ, Clerk
By_______ Dep. Clerk

ORIGINAL OFFENSE: Attempted possession of Fentany (Count One).

ORIGINAL SENTENCE: The defendant was sentenced to five months' custody of the United States Bureau of Prisons, to be followed by one year of supervised release. A special assessment in the amount of $25.00 was imposed.

SPECIAL CONDITIONS: 1) The defendant shall contribute 200 hours of community service work as directed by the probation officer; 2) The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged; 3) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 4) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the U.S. Probation Office, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has th express approval of the Court; and 5) The defendant shall notify the United States Attorney for the district within 30 days of any change of mailing address or residence that occurs while amny portion of the fine remains unpaid.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 25, 2013, the defendant was released from federal custody to commence his one-year term of supervised release.

On June 12, 2013, the defendant appeared in the Delaware County Court of Common Pleas pursuant to a violation of his probation subsequent to his conviction in the instant federal offense. The defendant was found guilty of violating his terms of his Delaware County probation case and was sentenced to a term

of 24 to 48 months' custody in a Pennsylvania State Correctional Facility. The defendant was immediately taken into custody and is currently in George W. Hill Correctional Facility in Thornton, Pennsylvania.

Pursuant to 18 U.S.C. §3624(e), a term of supervised release does not run during any period in which the offender is imprisoned in connection with a conviction for a federal, state, or local crime unless the imprisonment is for a period of less than 30 consecutive days.

As the defendant is in custody at this time, our office respectfully requests that the supervised release terms be tolled until he is released from custody. Upon his release from custody, our office will resume supervision of the defendant.

**PRAYING THAT THE COURT WILL ORDER... THAT THE TERM OF SUPERVISED RELEASE IMPOSED BY THE COURT ON OCTOBER 4, 2012, BE TOLLED EFFECTIVE JUNE 12, 2013, AND SHALL RECOMMENCE UPON THE DEFENDANT'S RELEASE FROM PENNSYLVANIA STATE CUSTODY.**

I declare under penalty of perjury that the foregoing is true and correct.

James D. Muth
James D. Muth
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date June 20, 2013

MIM

cc: Assistant U.S. Attorney
Defense Attorney
Defendant

ORDER OF THE COURT

Considered and ordered this 21 day of June, 2013 and ordered filed and made part of the records in the above case.

1 cc: Probation

U. S. Magistrate Judge